ELLEN IRVING CROSBY, as Executrix, etc., of RICHARD B. WHITTEMORE, Deceased, Respondent, v. ARTHUR A. FOWLER and GERTRUDE M. LANDALE, as

Executrix, etc., of RUSSELL H. LANDALE, Deceased, Appellants, and HENRY FITCH, JR., and Others, as Executors, etc., of HENRY SCHAEFER, Deceased, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.